**Order filed November 1, 2022.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-22-00791-CV**

---

**IN RE FECON, INC., Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**269th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2019-69076**

---

## ORDER

On October 27, 2022, relator Fecon, Inc. filed a petition for writ of mandamus in this Court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to compel the Honorable Corey Don Sepolio, presiding judge of the 269th District Court of Harris County, to vacate the trial court's February 18 and February 24, 2022 orders finding that "Plaintiffs have demonstrated a substantial likelihood of success on their claims for exemplary damages in accordance with CPRC chapter 41."

Relator also has filed a motion for temporary relief. *See* Tex. R. App. P. 52.8(b), 52.10. Relator requests this Court to stay the trial court's order of October 14, 2022 requiring production of net worth evidence by November 4, 2022 pending this Court's consideration of the merits of relator's petition.

It appears from the facts stated in the petition and motion that relator's request for mandamus relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. We therefore grant relator's motion for temporary relief and issue the following order:

We order the trial court's October 14, 2022 order requiring production of net worth evidence by November 4, 2022 stayed until a final decision by this Court on relator's petition for writ of mandamus, or until further order of this Court.

In addition, the Court requests the real parties in interest, to file a response to the petition for writ of mandamus on or before November 18, 2022. *See* Tex. R. App. P. 52.4.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Zimmerer and Wilson.